Eastern District of Kentucky
FILED
SEP 25 2019
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

UNITED STATES OF AMERICA

V.                                                                              INDICTMENT NO. 7:19-cr-23

IVORY LEE DEAN, III,
  aka D,
CHARLES R. DONEGHY,
  aka PLAY,
KAREN SPEARS,
  aka KAREN CASE,
JOHN WESLEY WRIGHT,
LOIS SPEARS,
EMILEE G. YONTS, and
LAUREN ASHLEY POWELL

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 846

In or about August of 2018, the exact date unknown, through on or about September 25, 2019, in Pike County and Magoffin County, in the Eastern District of Kentucky, and elsewhere,

        IVORY LEE DEAN, III,
          aka D,
        CHARLES R. DONEGHY,
          aka PLAY,
        KAREN SPEARS,
          aka KAREN CASE,
        JOHN WESLEY WRIGHT,
        LOIS SPEARS,
        EMILEE G. YONTS, and
        LAUREN ASHLEY POWELL

did conspire together and with others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
## 18 U.S.C. § 924(c)(1)(A)

On or about December 31, 2018, in Magoffin County, in the Eastern District of Kentucky, and elsewhere,

**IVORY LEE DEAN, III,**
**aka D,**

did knowingly possess a firearm, to wit, a Taurus, Model "Judge," .410/.45 caliber revolver, in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 1, that is, conspiracy to distribute methamphetamine and heroin, all in violation of 18 U.S.C. § 924(c)(1)(A).

A TRUE BILL

_____
FOREPERSON

_____
ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:** **If responsible for 500 grams or more of a methamphetamine mixture:**

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**If prior serious drug felony or serious violent felony:** Not less than 15 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

**If two or more prior serious drug felonies or serious violent felonies:** Not less than 25 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

**If responsible for a mixture or substance containing heroin:**

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If prior felony drug conviction:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**COUNT 2:** Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.