UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 7:19-CR-23

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                      **NOTICE BY UNITED STATES
                        REGARDING RELATED PROSECUTIONS**

IVORY LEE DEAN, III,
  aka D,
CHARLES R. DONEGHY,
  aka PLAY,
KAREN SPEARS,
  aka KAREN CASE,
JOHN WESLEY WRIGHT,
LOIS SPEARS,
EMILEE G. YONTS, and
LAUREN ASHLEY POWELL

                                                            DEFENDANTS

* * * * *

This criminal action is related to *United States v. Johnny E. Varney et al*, Pikeville, Criminal Action No. 7:19-CR-20, which is assigned to Judge Karen K. Caldwell and *United States v. John Curtis Maynard*, Pikeville, Criminal Action No. 7:19-CR-14, which is assigned to Judge Robert E. Wier.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: /s/ *(signature)* / for
W. Samuel Dotson
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY 40741
(606) 864-5523
william.s.dotson@usdoj.gov

Eastern District of Kentucky
FILED
SEP 2 5 2019
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT