UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
CRIMINAL MINUTES
PIKEVILLE

Case No. **7:19-cr-23-01-REW**        At: **Pikeville**        Date: **October 2, 2019**

U.S.A. vs. **IVORY LEE DEAN, III**        **X** present **X** custody ___ bond __OR Age: ___

**DOCKET ENTRY:** The Court confirmed, by representation from the AUSA, that the United States is aware of and fulfilling its obligation to see that any crime victim(s) are notified of, and accorded, the rights provided by 18 U.S.C. §3771(a). The Court finds the United States oral motion for a Detention Hearing is properly made, invoking the presumption of detention in 18 U.S.C. 3142(e)(3), and is hereby GRANTED. Richard A. Hughes was previously appointed to represent this defendant. However, due to a conflict, Mr. Hughes was relieved from any further duty in this matter and the Hon. Patrick E. O'Neill is appointed to represent this defendant.

**PRESENT: HON. EDWARD B. ATKINS, MAGISTRATE JUDGE**

Assistant U.S. Attorney: **William Samuel Dotson**

Counsel for Defendant: **Patrick E. O'Neill**    **X** Present    **X** Appointed    __Retained

I, **Mary Jane Younce**, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. KYED-PIK_7-19-cr-23-1-4-5-6_20191002_101044

**PROCEEDINGS:        INITIAL APPEARANCE & ARRAIGNMENT**

**X**    Copy of Indictment previously given to the defendant. The Court summarized the charges and applicable penalties.

**X**    Defendant states true name is **Ivory Lee Dean, III**.

**X**    The Court has reviewed the financial affidavit executed by the defendant and finds the defendant does qualify for court appointed counsel.

**X**    **Patrick E. O'Neill** is appointed to represent the defendant under the Criminal Justice Act.

**X**    Defendant waives formal arraignment.

**X**    Defendant advised of Constitutional Rights pursuant to Rule 5, F. R. Cr. P.

**X**    Defendant waives reading of Indictment..        ___ Indictment-Information read.

**X**    Defendant pleads NOT GUILTY to Counts 1 & 2.

**X**    PRETRIAL MOTIONS are to be filed pursuant to the Courts' pretrial order to be entered.

**X**    **Jury Trial is scheduled for December 5, 2019, at the hour of 9:00 a.m., with counsel present at 8:30 a.m., in Pikeville, Kentucky, before Hon. Robert E. Wier**. The estimated length of trial is five (5) days.

**X**    **Detention Hearing set for Monday, October 7, 2019, at the hour of 1:00 p.m., in Pikeville**, Kentucky before **Hon. Edward B. Atkins**.

**X**    Defendant is remanded to the custody of the United States Marshal pending further order of the Court.

This the 2nd day of October, 2019.



Signed By:
*Edward B. Atkins*  *EBA*
United States Magistrate Judge

cc: COR, USM, USPO,
Deputy Clerk's Initials: _MJY_
TIC:0/05