UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 7:19-CR-23-REW-1, 5

UNITED STATES OF AMERICA, PLAINTIFF,

V.   ORDER

IVORY LEE DEAN, III, and
LOIS SPEARS, DEFENDANTS.

At the defendants' arraignment, the Court scheduled these cases for a detention hearing on Monday, October 7, 2019. However, due to a scheduling conflict, and upon consultation with counsel for all affected parties,

IT IS ORDERED that the detention hearings in the above styled matter are RESCHEDULED from Monday, October 7, to THURSDAY, OCTOBER 10, 2019 AT THE HOUR OF 1:00 P.M., in Pikeville.

Signed October 2, 2019.

