UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Case No. 7:19-cr-00023-REW-EBA-01

| | |
|---|---|
| UNITED STATES OF AMERICA. | PLAINTIFF, |
| VS. | |
| IVORY LEE DEAN, II, | DEFENDANT. |

## STATUS REPORT

Comes the Defendant, by and through counsel, and pursuant to the Court's order filed on April 2, 2020, gives the following status report:

1. The Defendant nor undersigned counsel have a conflict with the June 8, 2020 trial date.

2. At this time, the Defendant expects to be ready for trial on June 8, 2020.

3. The Defendant and undersigned counsel have not had any difficulty with access for adequate consultation. The Pike County Jail has been very accommodating.

4. The Defendant will not be seeking an alternative trial date.

/s/ Patrick E. O'Neill
PATRICK E. O'NEILL
1029 College Ave Ste 101
Jackson, KY 41339
Phone: (606) 666-2990
Fax: (606) 666-9084
Email: peoneill@bellsouth.net
ATTORNEY FOR IVORY DEAN

## CERTIFICATE

On April, 16, 2020, I electronically filed this document using the ECF system, which will send notice of electronic filing to Hon. W. Samuel Dotson, AUSA, and defense counsel of record.

/s/ Patrick E. O'Neill