# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# PIKEVILLE

**CRIMINAL ACTION NO. 7:19-CR-23-REW-EBA**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**V.**                             **NOTICE OF FILING**

**IVORY LEE DEAN, III,**
   **aka D,**
**CHARLES R. DONEGHY,**
   **aka PLAY,**
**KAREN SPEARS,**
**JOHN WESLEY WRIGHT,**
**LOIS SPEARS,**
**EMILEE G. YONTS, and**
**LAUREN ASHLEY POWELL**                               **DEFENDANTS**

\* \* \* \* \* \*

Pursuant to the Court's Order of April 2, 2020 [R. 128] – which sets the trial in this matter for June 8, 2020 – the United States of America submits this notice concerning the currently proposed schedule. The United States anticipates seeking a superseding indictment in this matter. This proposed superseding indictment would likely add at least one new codefendant, and possibly more. However, none of these potential codefendants are currently under arrest or in the Government's custody. As the Court is aware, given the restraints placed on Grand Jury proceedings due to the COVID-19 pandemic, the United States cannot move forward with the proposed superseding indictment until these restraints have been lifted or altered. If the superseding indictment is obtained prior to the currently-scheduled trial date, any necessary continuance would be excludable under the express terms of the Speedy Trial Act.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

s/ W. Samuel Dotson
Assistant United States Attorney
601 Meyers Baker Road
London, Kentucky 40741
(606) 330-4827
FAX (606) 864-3590
william.s.dotson@usdoj.gov

**CERTIFICATE OF SERVICE**

On April 16, 2020, I electronically filed this document through the ECF under seal and will send a separate electronic copy to counsel for the Defendant.

s/ W. Samuel Dotson
Assistant United States Attorney